IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CLEMENTE E. DALE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:12-0991 |
| ) | Judge Trauger |
| SONNY WEATHERFORD, *et al.*, ) | Magistrate Judge Brown |
| ) | |
| Defendants. ) | |

**O R D E R**

On January 30, 2013, the Magistrate Judge issued a Report and Recommendation (Docket No. 18), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and failure to obey court orders, pursuant to FED. R.CIV. P. 41(b).

It is so **ORDERED**.

ENTER this 20th day of February 2013.

_____
ALETA A. TRAUGER
U.S. District Judge