**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| CLEMENTE E. DALE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:12-0991 |
| | ) | Judge Trauger |
| SONNY WEATHERFORD, *et al.*, | ) | Magistrate Judge Brown |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On January 30, 2013, the Magistrate Judge issued a Report and Recommendation
(Docket No. 18), to which no timely objections have been filed. The Report and
Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law
of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is
**DISMISSED WITHOUT PREJUDICE** for failure to prosecute and failure to obey court
orders, pursuant to FED. R.CIV. P. 41(b).

It is so **ORDERED**.

ENTER this 20th day of February 2013.

_____
ALETA A. TRAUGER
U.S. District Judge